**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SABINE CASEY, | |
|           Plaintiff, | |
| vs. | Case No. 08-CV-315-FHM |
| MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration, | |
|           Defendant. | |

## OPINION AND ORDER

Plaintiff's request for judicial review of the October 19, 2007, administrative decision denying her application for Social Security disability benefits, raises the question of whether the ALJ properly evaluated the opinions of Dr. Hatchett, one of Plaintiff's treating physicians. The rejection of those opinions by an ALJ in connection with a previous application was affirmed in a previous appeal to this Court, *Sabine E. Casey v. Barnhart,* Case No. 04-CV-675-FHM, Dkt. 17, September 13, 2005.

The briefs submitted in this case do not address the *res judicata* implications of the Court's disposition of the appeal from the denial of Plaintiff's previous application for disability benefits. The parties are directed to file briefs addressing the issue of *res judicata* and other concepts implicated by the Court's previous decision. Plaintiff's brief is due on or before April 30, 2009. Defendant's brief is due on or before May 21, 2009.

SO ORDERED this 9th day of April, 2009.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE